Office of the Standing Trustee – Revised 1/4/2012

Bankruptcy Case Number 14-70263-hdh-13

Jason Michael Lucas

Sarah Elizabeth Lucas

## STATEMENT UNDER PENALTY OF PERJURY CONCERNING ALL APPLICABLE FEDERAL, STATE, AND LOCAL TAX RETURNS

☐      I/We affirm that I/We **have** filed all applicable Federal, State, and Local tax returns for the last 4 tax years as required by 11 USC 1308.

☐      I/We affirm that I/We **have not** filed all applicable Federal, State, and Local tax returns for the last 4 tax years as required by 11 USC 1308. Specifically, I/We have not filed the following returns for the years indicated.

☑      I affirm that I have not been required to file any Federal, State, or Local tax returns because I did not earn enough **to require me to file** as required by 11 USC 1308.

Dated: August 14, 2014

Debtor 1 Signature