Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

JASON MICHAEL LUCAS & SARAH ELIZABETH LUCAS

CASE NO. 14-70263-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 3249 | SS#2: xxx-xx- 3114 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:  9/22/2014   Orig. Time:   11:00 AM        Reset Date:              Reset Time:

B. Meeting Results:      Adjourned

C. Debtor(s):   Debtor 1 Appeared        Debtor 2 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of    9/22/2014   $720.00     First Payment Due Date:   9/18/2014

G. File Trustee's Motion to Dismiss because

H. B22C Information:     B22C Form is:    Incomplete

Budgeted Income:   $4,253.70   Expense:     $3,533.70   Surplus:   $720.00

Plan Payment:   $720.00  Monthly                    Plan Term(Months):   60

I. Value of Non-Exempt Property:       $0.00  Proposed Amount to Unsecured Creditors:    $0.00

_____ Objection to Exemption of:

_____ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

_____ Object to Invoke Stay Pleading

_____ Case Converted from Chapter 7, Bar Date Set:   12/22/2014   Date Converted from Chapter 7:

J. Required Information:   Child Custody Orders, Home insurance, Mr & Mrs income records or affidavit

K. Business Information:

L. Object to Confirmation:    Yes

22c can't be verified until all income records are provided
Sch I can't be verified until all income records are provided
Failure to include all disposable income
Plan fails to provide for Capital Loan's $1,975.92 secured claim
Plan fails to provide for IRS' $2,000 priority 2011-12 tax claim
Feasibility until all claims are properly treated

M. Financial Management Class:    Debtor 1 Did Not Appear    Debtor 2 Did Not Appear

N. Eligibility:

Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

Credit Counseling Provider Approved:                Yes

Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):    No

O. Domestic Support Obligation:    $0.00   Current:        Arrears:      $0.00

Affidavit and Disclosure of Domestic Support Obligations Received:  Yes

P. Remarks:    MTD
-DSO lists incorrect claim holder
His father took custody of child & orders were not modified.
-Mr's child support orders
-Home insurance
-Mr's income records or affidavit 2/1/14 - 7/31/14. Employment, child support, SNAP, etc.
  -Mr receive or owe child support? Need child support plan in English.
-Mrs' income records or affidavit 2/1/14 - 7/31/14. Employment, child support, SNAP, etc
Questions

Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

-Verify DSO
-DSO states James Lucas is the claim holder?
Yes that is his father.
The Child support order was modified and there is no current child support. All arrears.
-Who does the court order state as the claim holder, the mother?
-Using son's name instead of actual Claim Holder?
No it is his father. The mother pays him child support & he has custody now.
-22c can't be verified until all income records are provided
-Need clear answers & complete income records or affidavits about income.
He was not employed only received the child support from the mother & the proof will be provided & in English
He has non-profit that he does not earn anything from.
She was employed at a day care for a few weeks, but otherwise just the child support and Univ Park
-Sch I can't be verified until all income records are provided
-Need clear answers, complete income records, or affidavits about income.
-Need child support statements, SNAP/state benefits, income records.
SNAP & Medicade, she gets child support.
-Mr employed?
No, but looking
-Trustee requests Mr's new income records
N/A
-Failure to include all disposable income
-Plan fails to provide for Capital Loan's $1,975.92 secured claim
-Plan fails to provide for IRS' $2,000 priority 2011-12 tax claim
-Feasibility until all claims are properly treated

Dated:    9/22/2014

/s/ Robert B. Wilson

Standing Bankruptcy Trustee
By:    Brent Hagan

| Case Number: | | | | | 14-70263 |
|---|---|---|---|---|---|
| Debtor: | | | | | Lucas |
| Attorney: | | | | | White |
| Presiding Officer: | | | | | Brent Hagan |
| Calculation Date: | | | | | 9/19/2014 13:44 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| TX AG | $12,962.72 | 0.00% | 40 | $324.07 | $12,962.72 |
| | $0.00 | 0.00% | 1 | | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Seterus | $5,710.56 | 6.50% | 60 | $111.73 | $6,704.02 |
| TX Car Mart | $9,605.66 | 5.50% | 60 | $183.48 | $11,008.76 |
| Cap Loans -- $1,975.92 not provided for | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS -- $2,000 not provided for | $0.00 | | 1 | $0.00 | $0.00 |
| Mr's 2011-12 unas liab taxes | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| **Attorney Fees**        Paid Through the Plan | $3,275.00 | | | | $3,275.00 |
| **Noticing Fees** | $0.00 | | | | $0.00 |
| **Clerk Filing Fees** | $0.00 | | | | $0.00 |

| **Hardacre Minimum** | **$0.00** | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $3,275.00 | | | |
| Less Noticing Fees | $0.00 | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $12,962.72 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $28,511.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $37,722.77 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $43,200.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $5,477.23 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008